TONY WEST
Assistant Attorney General, Civil Division
DAVID J. KLINE
Director, District Court Section
Office of Immigration Litigation
AARON S. GOLDSMITH, VSB 45405
Trial Attorney
  P.O. Box 868, Ben Franklin Station
  Washington, DC  20044-0868
  Telephone: (202) 532-4107

Attorneys for Defendants

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| DANIEL KELATI,<br><br>  Plaintiff,<br><br>v.<br><br>ROBIN BARRETT, USCIS Field Office Director, *et al.*,<br><br>  Defendants. | No. 4:11-cv-96<br><br>STIPULATION TO EXTEND DATES; AND [~~PROPOSED~~] ORDER |

  Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

  1. Plaintiff filed this action on or about January 7, 2011.  Defendants' response is due on March 11, 2011.

  2. Plaintiff seeks to challenge an administrative decision under the Administrative Procedure Act (APA).  Defendants have agreed to reopen the administrative decision at issue.

  3. Defendants seek an extension of time so that they may re-adjudicate the decision.  Therefore, the parties hereby respectfully request this Court to order a 60-day extension of time within which the Defendants may answer, plead, or otherwise respond in the above-entitled action.  Defendants will file their response, if necessary, on or before May 10, 2011.

Respectfully submitted,

s/ Aaron S. Goldsmith
AARON S. GOLDSMITH
Trial Attorney, District Court Section
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Phone: (202) 532-4107
Email: aaron.goldsmith@usdoj.gov


s/ Robert B. Jobe
ROBERT B. JOBE
Law Office of Robert B. Jobe
550 Kearney Street, Ste. 200
San Francisco, CA 94108
Tel: (415) 956-5513

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 3/15/11

GRANTED
Judge Donna M. Ryu

_____
Donna M. Ryu
United States Magistrate Judge

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Stipulation to Extend Dates and [Proposed] Order was served via the district court's electronic filing system on the following counsel:

>Robert B. Jobe
>Law Office of Robert B. Jobe
>550 Kearny Street, Suite 200
>San Francisco, CA 94108

>s/ Aaron S. Goldsmith
>AARON S. GOLDSMITH
>Trial Attorney, District Court Section
>Office of Immigration Litigation
>U.S. Department of Justice, Civil Division